```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

YELITZA PICON ET AL.,
                Plaintiffs,      22-cv-4188 (JGK)

    - against -                ORDER

ADA DIAMONDS, INC.,
                Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The summons and complaint were served on the defendant on May 27, 2022. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was June 17, 2022.

    The time to respond to the complaint is extended to **July 19, 2022**. Failure to respond to the complaint by this date could result in default judgment being entered against the defendant.

    The plaintiff is directed to serve a copy of this Order on the defendant and to file proof of service by July 11, 2022.

SO ORDERED.
Dated:    New York, New York
           June 27, 2022

                                        John G. Koeltl
                              United States District Judge