```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | | |
|---|---|---|
| YELITZA PICON, | | |
| | Plaintiff, | 22-cv-4188 (JGK) |
| - against - | | ORDER |
| ADA DIAMONDS, INC., | | |
| | Defendant. | |

JOHN G. KOELTL, District Judge:

The plaintiff shall properly serve the summons and complaint by **August 26, 2022**.

SO ORDERED.

Dated:   New York, New York
         July 22, 2022

_____
John G. Koeltl
United States District Judge