UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YELITZA PICON, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

ADA DIAMONDS, INC.,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-4188

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), YELITZA PICON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ADA DIAMONDS, INC., with prejudice and without fees and costs.

Dated: New York, New York
       August 17, 2022

                                                  **GOTTLIEB & ASSOCIATES**

                                                  _/s/Michael A. LaBollita, Esq._

                                                  Michael A. LaBollita, Esq., (ML-9985)
                                                 150 East 18th Street, Suite PHR
                                                           New York, NY 10003
                                                              Phone: (212) 228-9795
                                                                   Fax: (212) 982-6284
                                                                 Michael@Gottlieb.legal

                                                                _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge